William Gadlowski, Respondent, v. West Virginia Pulp and Paper Company, Appellant.— Judgment and order affirmed, with costs. All concurred, except Smith, P. J., and Cochrane, J., dissenting.

Hannah P. Gibson, Respondent, v. The City of Elmira, Appellant.— Judgment unanimously affirmed, with costs.

Henry W. Hamell, Appellant, v. George Spottswood, Respondent.— Judgment and order unanimously affirmed, with costs.

Lida R. Harrison, Appellant, v. Adolph Ulrichs, Respondent.— Judgment of the County Court unanimously affirmed, with costs.

International Cheese Company, Respondent, v. Phenix Cheese Company, Appellant.— Order affirmed, with ten dollars costs and disbursements. All concurred.

Frank P. Kelly, as Trustee of the Estate of J. G. O'Neil & Company, a Copartnership Consisting of John G. O'Neil and Robert H. Doubleday, and John G. O'Neil and Robert B. Doubleday, Bankrupts, Respondents, v. Robert B. Doubleday and Eloise C. Doubleday, Appellants.— Judgment unanimously affirmed, with costs.

Harrison Lapier, Appellant, v. Frank Gonyo, Respondent.— Judgment unanimously affirmed, with costs.

Joseph Lyons, Appellant, v. The New York Central and Hudson River Railroad Company, Respondent.— Judgment affirmed, with costs. All concurred, except Kellogg J., dissenting.

Hattie Lifer, as Administratrix, etc., of Charles Lifer, Deceased, Respondent, v. Alsen's American Portland Cement Works, Appellant.— Judgment and order affirmed, with costs. All concurred, except Smith, P. J., and Sewell, J., dissenting.

Joseph A. Langlois, Appellant, v. Joseph Belmore, Respondent.— Order affirmed, with ten dollars costs and disbursements. All concurred.

William Lefi, Respondent, v. Wilhelm Knauth and Others, Appellants.— Motion denied.

Daniel J. Murphy, Respondent, v. The Prudential Insurance Company of America, Appellant.— Judgment affirmed, with costs. All concurred, except Chester and Kellogg, JJ., dissenting.

Anthony Mushaw, Respondent, v. City of Amsterdam, Appellant.— Judgment and order of the County Court unanimously affirmed, with costs.

In the Matter of the Application of Harrison S. Chapman and William T. Bailey, Respondents, for an Order Revoking and Canceling the Liquor Tax Certificate Heretofore Issued to Alfred Murray, Appellant, for Trafficking in Liquors on Premises Located, etc., in the City of Elmira, County of Chemung, New York.— Judgment and final order unanimously affirmed, with costs.

Joseph Malfino, Respondent, v. Eastern Tablet Company, Appellant.— Judgment and order unanimously affirmed, with costs.

Frank McGovern, as Administrator, etc., of Mary E. McGovern, Deceased, Respondent, v. Commercial Union Telephone Company, Appellant.— Judgment and order reversed and new trial granted, with costs to appellant to abide event, unless the plaintiff stipulates within twenty days to reduce the verdict to $2,000,